IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN WESLEY WILSON,** <br> BOP Reg. # 09623-003, <br><br> Movant, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:20-00246-KD-N <br> ) <br> ) Criminal Action No. 1:06-00210-KD-N <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby ORDERED, ADJUDGED, and DECREED that Movant John Wesley Wilson's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is DENIED and this motion is DISMISSED with prejudice.

It is further ORDERED, ADJUDGED, and DECREED that Movant is not entitled to a Certificate of Appealability and is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this 27th day of December 2021.

s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**